PROB 12C
(6/16)

Report Date: June 19, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua James Collett                   Case Number: 0980 1:16CR02018-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 25, 2017

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 40 months;                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Ian Lloyd Garriques               Date Supervision Commenced: May 29, 2019

Defense Attorney:       Rick Hoffman                      Date Supervision Expires: May 28, 2022

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Collett is alleged to have committed a new crime on June 12, 2019.<br><br>Mr. Collett's conditions were reviewed with him on May 31, 2019.  He signed his judgment and sentence acknowledging an understanding of his conditions, which include mandatory condition number 1, as noted above.<br><br>Mr. Collett was arrested on June 12, 2019, and is being charged with a felony, Possession of a Controlled Substance Methamphetamine, in violation of Revised Code of Washington (RCW) 69.50.4013(1), in Yakima County Superior Court, cause number 19-1-01064-4.<br><br>According to a Yakima Police Department (YPD) report for case number 19Y021732, the following occurred: On June 12, 2019, officers responded to 2204 West Nob Hill Boulevard in the City of Yakima, in reference to a car prowl in progress.  As YPD officers arrived, they detained the suspect in the car prowl, later identified as Mr. Collett. YPD officers later determined that Mr. Collett had a Washington State Department of Corrections (DOC) |

Prob12C
Re: Collett, Joshua James
June 19, 2019
Page 2

warrant and arrested him for the outstanding warrant. After Mr. Collett was arrested, YPD officers searched his person and located a small bag containing a white/clear crystalized substance that officers recognized as suspected methamphetamine in Mr. Collett's front left pants pocket.

Once the suspected methamphetamine was discovered, Mr. Collett was Mirandized. Mr. Collett advised YPD that he had forgot the bag was in his pocket and asked if it tested negative for methamphetamine. YPD field tested the suspected methamphetamine using the Narco/NIK test which produced a positive result for the presence of amphetamine and the gross weigh was .3 grams.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
06/19/2019
Date