PROB 12C
(6/16)

Report Date: August 19, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua James Collett                Case Number: 0980 1:16CR02018-SAB-1

Address of Offender:                        Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm,  18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 40 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 18, 2019 | Prison - 5 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: February 3, 2020 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: September 2, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Collett violated mandatory condition number 1 on August 17, 2020, by allegedly committing Second Degree Assault, in violation of Revised Code of Washington (RCW) 9A.36.021; Yakima County Superior Court cause number 20-1-01291-39 (see narrative in violation 4, noted below).<br><br>Mr. Collett's conditions were reviewed with him on February 4, 2020.  He signed his revocation judgment acknowledging an understanding of his conditions, which include mandatory condition number 1 as noted above. |
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Collett violated mandatory condition number 1 on August 17, 2020, by allegedly committing Felony Harassment in violation of RCW 9A.46.020; Yakima County Superior Court cause number 20-1-01291-39 (see narrative in violation 4, noted below). |

Prob12C
Re: Collett, Joshua James
August 19, 2020
Page 2

Mr. Collett's conditions were reviewed with him on February 4, 2020. He signed his revocation judgment acknowledging an understanding of his conditions, which include mandatory condition number 1 as noted above.

3    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Collett violated mandatory condition number 1 on August 17, 2020, by allegedly committing Fourth Degree Assault, in violation of RCW 9A.36.041.DV; Yakima County Superior Court cause number 20-1-01291-39 (see narrative in violation 4, noted below).

Mr. Collett's conditions were reviewed with him on February 4, 2020. He signed his revocation judgment acknowledging an understanding of his conditions, which include mandatory condition number 1 as noted above.

4    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Collett violated standard condition number 10 on August 17, 2020, by allegedly being in possession of a firearm.

Mr. Collett's conditions were reviewed with him on February 4, 2020. He signed his revocation judgment acknowledging an understanding of his conditions, which include standard condition number 10, as noted above. According to the Yakima Police Department (YPD) report, incident number 20Y031873, the following occurred:

On August 17, 2020, at approximately 4:10 a.m., YPD responded to the area of 1133 Stewart Street in the city of Yakima, Washington, regarding a female screaming for help. YPD contacted the female and determined she was a victim of a crime. The female was identified as Mr. Collett's girlfriend. The victim appeared very upset, was crying, her body was shaking, and she appeared to be out of breath. Once she was able to calm down, she provided a statement to YPD.

The victim stated she and Mr. Collett were sitting in a parked vehicle at Smitty's Conoco located at 304 West Mead Avenue in Yakima. While they were sitting in the vehicle, Mr. Collett became upset and started looking for his firearm that he normally puts in the victim's purse. He stores it in her purse in the event they get pulled over by law enforcement. The victim saw the firearm sitting on the floorboard on the front passenger side of the vehicle. She told Mr. Collett the firearm was on the floor and Mr. Collett reached over and grabbed it with his right hand. The offender stated he would go into Smitty's Conoco and shoot the clerk at the register. Mr. Collett then stated he will just kill the victim, as the offender pointed the firearm toward the victim's chest. The victim grabbed the firearm and they wrestled over the firearm. While struggling over the firearm, the offender stated, in a taunting manner, that the firearm was going to go off.

The offender ended up obtaining control of the firearm and pointed the barrel at her stomach and then raised it, aiming it at the victim's head. The barrel of the firearm made contact with

Prob12C
**Re: Collett, Joshua James**
**August 19, 2020**
**Page 3**

the victim in both of these instances.  Mr. Collett eventually lowered the firearm and held onto it in his lap.

The offender drove the vehicle out of the parking lot of Smitty's Conoco.  Immediately after leaving the parking lot, Mr. Collett punched the victim on the left side of her head.  The victim asked the offender to drop her off and he said he did not want to let her out of his sight.  Mr. Collett drove around for a while and eventually parked at an apartment complex located at 1130 West Nob Hill Boulevard.

Once parked, Mr. Collett punched the victim several more times with a clenched fist.  The victim exited the vehicle and stood by the front passenger door.  Mr. Collett exited the vehicle and walked around to the passenger side, proceeding to punch the victim several more times in the head.  Mr. Collett then said something to the effect of "Shut the fuck up bitch" and "Stand up straight," while holding the firearm in his hand.  Mr. Collett raised the firearm to the victim's head again.  The barrel of the firearm made contact with her head.  The victim began running away and was yelling for help.  She ran to a duplex, started knocking on doors while yelling for help until one of the residents opened the door and allowed her in the duplex.  Once inside the duplex she called 911.

YPD located and arrested Mr. Collett for the alleged assault.  Mr. Collect was not in possession of a firearm when YPD arrested him.  The vehicle he was driving was seized and YPD has requested a search warrant for the vehicle.  At the time this report was written YPD has not searched the vehicle.

Mr. Collett is currently in Yakima County Jail and his bail was set at $150,000 by Yakima County Superior Court for cause number 20-1-01291-39.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 19, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Collett, Joshua James
August 19, 2020
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/21/2020

Date