PROB 12C
(6/16)

Report Date: December 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua James Collett               Case Number: 0980 1:16CR02018-SAB-1

Address of Offender:                                 Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2017

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 40 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 5 months
September 18, 2019       TSR - 31 months

Asst. U.S. Attorney:     Tom Hanlon                      Date Supervision Commenced: February 3, 2020

Defense Attorney:        Nick Mirr                       Date Supervision Expires: September 2, 2022

## PETITIONING THE COURT

To incorporate the alleged violation with the violations previously reported to the Court on August 19, 2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
|   | **Supporting Evidence**: Mr. Collett violated mandatory condition number 1 on September 15 and 23, 2020, by allegedly violating a no contact order, in violation of Revised Code of Washington (RCW) 26.50.110.1A1. |
|   | Mr. Collett's conditions were reviewed with him on February 4, 2020. He signed his revocation judgment acknowledging an understanding of his conditions, which include mandatory condition number 1, as noted above. |
|   | On December 14, 2021, this officer spoke with a detective from the Yakima Police Department (YPD) about Mr. Collett. YPD informed this officer that Mr. Collett violated a no contact order by contacting the alleged victim in violation number 1 (ECF No. 91). YPD has two recorded telephone calls, from the Yakima County Jail, that Mr. Collett made to the alleged victim's phone number that the victim previously provided to YPD. YPD played a portion of the first telephone call and this officer immediately recognized Mr. Collett's voice on the call. |

Prob12C
Re: Collett, Joshua James
December 15, 2021
Page 2

YPD then provided this officer with a YPD report for incident number 21Y043150. Based on the report the following occurred:

Mr. Collett was arrested on August 17, 2020. As a result, a domestic violence no contact order was issued on August 18, 2020, preventing Mr. Collett from having any contact with the victim and the expiration date for the order was August 18, 2050.

On December 14, 2021, YPD obtained two calls from the Yakima County Jail (YCJ) made to the victim's telephone number. The calls were made from YCJ inmate Guerrero-Garcia's account. The first call was made on September 15, 2020, and the second call was made on September 23, 2020. YPD was able to identify Mr. Collett's voice and the alleged victim's voice on the telephone calls.

YPD has requested violation of a no contact order charges be filed in Yakima Municipal Court.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 15, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

12/16/2021
Date